# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| VANESSA DOWE<br>*Plaintiff(s)*<br>v.<br>FL-BROWARD NURSING, LLC<br>d/b/a DEERFIELD BEACH HEALTH<br>AND REHABILITATION CENTER,<br>*Defendant(s)* | ) | Civil Action No. 0:26-cv-62877-JTK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FL-BROWARD NURSING, LLC
d/b/a DEERFIELD BEACH HEALTH AND REHABILITATION CENTER
c/o CT Corporation, Registered Agent
1200 S. Pine Island Rd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jacob K. Auerbach, Esq.
GALLUP AUERBACH
4000 Hollywood Boulevard, Suite #265 South
Hollywood, Florida 33021
t: (954) 894-3035 e: jauerbach@gallup-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 10/15/2026

s/ K. Riles

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court